**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-4558-JFW(AGRx)** | Date: April 17, 2024 |
| Title: | J&R Mini Market, et al.-*v*- United States of America | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):     ORDER  TO SHOW CAUSE**

     Counsel for Plaintiffs is ordered to show cause in writing by April 18, 2024 why Docket No. 36 should not be stricken for Plaintiffs' failure to delivery courtesy copies in accordance with the Court's Standing Order and Scheduling and Case Management Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the striking of the Docket No. 36.

     IT IS SO ORDERED.

Initials of Deputy Clerk   sr