**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.    **CV 23-4558-JFW(AGRx)** | Date: April 19, 2024 |
| Title:    J&R Mini Market, et al.-*v*- United States of America | |

**PRESENT:**

　　**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE**

　　The courtesy copies for Docket No. 36 fail to comply with the Court's Standing Order and Scheduling and Case Management Order.  For *example*, the courtesy copies were incomplete, double-sided, lacked the running header created by the ECF system, were not three-hole punched at the left margin with oversized 13/32" hole size, and were not placed in slant D-right binders with each item of evidence separated by a tab divider on the right side.  Counsel for Plaintiffs shall carefully review the Court's requirements for courtesy copies and shall deliver courtesy copies that fully comply with the Court's Orders by **April 22, 2024** or Docket No. 36 will be stricken.  In addition, Plaintiffs' counsel is ordered to show cause in writing by **April 22, 2024** why counsel should not be sanctioned in the amount of $1,500 for counsel's continued violation of the Court's orders.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

　　IT IS SO ORDERED.

Initials of Deputy Clerk   sr